IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
RICHARD CHARLES DECAPITA )
)
Debtor ) CH 13 Case No. 06-40930
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> RICHARD CHARLES DECAPITA
> 749 Forest Ridge Drive
> Youngstown, OH 44512
>
> $5.00
>
> **TOTAL:** $5.00

2. A check in the amount of $262.30, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this 22nd day of February, 2011.

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| RICHARD CHARLES DECAPITA | ) | |
| | ) | |
| Debtor | ) | CH 13 Case No. 06-40930 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this 22nd day of February, 2011, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

Trustee:67  TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR: 523237                                           Page 1 OF 1

VOUCHER FOR CHECK: 855557
DATED: 2011/01/28

| NAME OF CREDITOR | CASE | CLM # | CL S | R E F | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0541025 | 926 | 6 | 31 | JOHNS, VERNER CHARLES / JOHNS, SHARON KAY | UNCLAIMED FUNDS | 257.30 | 0.00 | 257.30 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640930 | 926 | 6 | 30 | DECAPITA, RICHARD CHARLES | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

#ITEMS: 2    PRINCIPAL: 262.30    INTEREST: 0.00    PRINC + INT: 262.30

CURRENT CHECK